UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 21-6149 MWF (JCx)**                                                   Date: January 06, 2022

Title   **Ed Hull v. Anna Mallios, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 15, 2021, the Court granted Plaintiff's Motion for Leave to File a First Amended Complaint. (Order, Docket No. 21). Pursuant to that Order, the First Amended Complaint ("FAC") was filed on November 17, 2021. (Docket No. 22). Defendant Anna Mallios' response to the FAC was due December 6, 2021. On December 13, 2021, Plaintiff filed two Proofs of Service ("POS") of the Summons and FAC on Defendants Fotini Asteris and Peter Asteris. The POS reflected personal service on Fotini and Peter Asteris on December 8, 2021; their responses to the FAC were due on December 29, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 21, 2022**.

- BY PLAINTIFF: PROOF OF SERVICE of Summons, FAC, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendant Anna Mallios.
   *and/or*
- BY ALL DEFENDANTS: RESPONSES TO THE COMPLAINT ("Response") or APPLICATIONS FOR STAY AND EARLY MEDIATION ("ADA Application").
   *or*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-6149 MWF (JCx)**                              Date: January 06, 2022

Title        **Ed Hull v. Anna Mallios, et al.**

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to timely respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm